# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 15-395 -RGK(AS) | Date | August 26, 2015 |
|---|---|---|---|
| Title | Stuart Greenwood, Petitioner  v.  Robert Fisher, Jr.,  Warden | | |

Present: The Honorable   Alka Sagar, United States Magistrate Judge

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| N/A | N/A |

**Proceedings:**      **(IN CHAMBERS)** ORDER TO SHOW CAUSE

On March 3, 2015, Petitioner Stuart Greenwood  ("Petitioner") filed a Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition"), pursuant to 28 U.S.C. § 2254 (Docket Entry No. 1).  On June 26, 2015,  the Court issued an Order granting Petitioner's Motion to Stay his Exhausted Claims while he returns to the state courts to exhaust his unexhausted claims. (Docket Entry No. 15).  Accordingly, the Court dismissed Petitioner's unexhausted claims and stayed his remaining exhausted claims to permit Petitioner to present the unexhausted claims to the California Supreme Court Id. The Court ordered Petitioner to file a status report, no later than July 27, 2015, addressing the  status of Petitioner's state habeas petition, including the date it was filed, the court in which it is pending, and the case number.  The Court also directed Petitioner to file a motion to amend the Petition, accompanied by a proposed First Amended Petition that alleges only the currently exhausted claims and the newly exhausted claims within thirty (30) days of the California Supreme Court's decision on a habeas petition filed by Petitioner. Id.  Petitioner was expressly warned that failure to comply with the Court's Order may result tin a recommendation that this action be dismissed with prejudice for his failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).

To date, Petitioner has failed to file a status report informing the Court of the status of his state habeas petition, in compliance with the Court's Order. On August 25, 2015, Respondent filed a "Notice of Petitioner's Failure to File State Habeas Corpus Petitions as Required by the Court's June 26, 2015, Order" (Docket Entry No. 19), informing the Court that a review of the Prolaw program revealed that Petitioner had failed to file a state habeas petition in compliance with the Court's Order.

Accordingly, Petitioner is ORDERED TO SHOW CAUSE why the Court should not dismiss this action for failure to prosecute or vacate the stay of this action.  Petitioner must file a response to this Order **no later than September 28, 2015.  Any response to this Order must include the following information: the status of Petitioner's state habeas petition, including the date it was filed, the court in which it is pending, the case number and any recent activity.**

**Petitioner is expressly warned that failure to file a timely response to this Order will result in**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 15-395 -RGK(AS) | Date | August 26, 2015 |
|---|---|---|---|
| Title | Stuart Greenwood, Petitioner v. Robert Fisher, Jr., Warden | | |

**a recommendation that this action be dismissed with prejudice for his failure to comply with Court orders.  See Fed. R. Civ. P. 41(b); Rule 12, Rules Governing Section 2254 Cases in the United States District Courts.**