**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

| | | |
|---|---|---|
| STUART GREENWOOD, | ) | NO. ED CV 16-395-RGK (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| ROBERT FISHER JR., Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: November 16, 2016

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE